# United States Court of Appeals
## For the First Circuit

No. 01-2059

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN WAYNE MYERS,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on June 25, 2002 is corrected as follows:

On page 5, lines 7 and 8, delete ", argued them staunchly,"

On page 5, line 12, substitute "suggestion" for "government's ardent request"